FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 17 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD MOORE, | 3:10-CV-309-RCJ(VPC) |
| Plaintiff, | |
| v. | **ORDER** |
| DAMEREN HOSPITAL, | |
| Defendant(s). | |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke, (#4) entered on June 22, 2010, recommending Plaintiff's Application/Motion For Leave to Proceed *in forma pauperis* (#1) be denied and dismiss this action with prejudice as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff filed his Objections to Magistrate Report and Recommendations (#5) on June 30, 2010.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#4) entered on June 22, 2010, should be adopted and accepted.

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (#4) entered on June 22, 2010, is adopted and accepted, and Plaintiff's Application/Motion For Leave to Proceed *in forma pauperis* (#1) is DENIED with prejudice.

IT IS FURTHER ORDERED that Plaintiff's Objections to Magistrate Report and Recommendations (#5) is DENIED.

---

[1] Refers to court's docket number.

IT IS FURTHER ORDERED that this case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: this 13th day of August, 2010.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE